IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**NICHOLAS CHARLES, JAKOBE WELLS,**                        **PLAINTIFFS**
**KIMO TAITANO and MAKALON ANTOINE,**
Each Individually and on Behalf of All Others
Similarly Situated

vs.                              No. 4:23-cv-640

**WHITE KNIGHT PEST CONTROL, INC.**                        **DEFENDANT**

## BELATED MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS OF DEFENDANT

Plaintiffs Nicholas Charles, Jakobe Wells, Kimo Taitano, and Makalon Antoine, each individually and on behalf of all others similarly situated, by and through their attorney Josh Sanford of Sanford Law Firm, PLLC, for their Belated Motion for Extension of Time for Service of Process on Defendant White Knight Pest Control, Inc., states and alleges as follows:

1. Plaintiffs filed their Original Complaint against Defendant White Knight Pest Control, Inc. on February 21, 2023.

2. Plaintiffs' deadline to serve Defendant was May 22, 2023.

3. Plaintiffs apologize to the Court for the belatedness of this Motion. An internal calendaring software error resulted in the deadline for service of process not being properly scheduled.

4. For the good cause shown, Plaintiffs seek a 45-day extension to serve process on Defendant White Knight Pest Control, Inc.

Page 1 of 2
Nicholas Charles, et al. v. White Knight Pest Control, Inc.
U.S.D.C. (S.D. Tex.) Case No. 4:23-cv-640
Belated Motion for Extension of Time for Service of Process of Defendant

5. Plaintiffs make this request in good faith; this Motion is made for good cause and not for the purpose of delay.

WHEREFORE, premises considered, Plaintiffs respectfully pray that this Court grant their Motion and extend Plaintiffs' time to serve Defendant up to and including forty-five days from the granting of this Motion.

Respectfully submitted,

**NICHOLAS CHARLES, JAKOBE WELLS, KIMO TAITANO and MAKALON ANTOINE, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

Page 2 of 2
Nicholas Charles, et al. v. White Knight Pest Control, Inc.
U.S.D.C. (S.D. Tex.) Case No. 4:23-cv-640
Belated Motion for Extension of Time for Service of Process of Defendant