IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **NICHOLAS CHARLES, JAKOBE WELLS,** **KIMO TAITANO and MAKALON ANTOINE,** Each Individually and on Behalf of All Others Similarly Situated | **PLAINTIFFS** |
| vs. | No. 4:23-cv-640 |
| **WHITE KNIGHT PEST CONTROL, INC.** | **DEFENDANT** |

### ORDER GRANTING BELATED MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS OF DEFENDANT

The Court having reviewed the Motion for Extension of Time for Service of Process of Defendant filed by Plaintiffs Nicholas Charles, Jakobe Wells, Kimo Taitano, and Makalon Antoine, each individually and on behalf of all others similarly situated, and the grounds therefore, finds the Motion is well taken and grants the Motion.

It is ORDERED that the deadline to serve White Knight Pest Control, Inc. is extended for forty-five-days, up to and including _____, 2023.

ORDERED on July ____, 2023.

_____
**HON. KENNETH M. HOYT**