United States District Court
Southern District of Texas
**ENTERED**
July 13, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NICHOLAS CHARLES, *et al.*, § § § § § § § § § | |
| Plaintiffs, | |
| VS. | CIVIL ACTION NO. 4:23-CV-00640 |
| WHITE KNIGHT PEST CONTROL, INC., | |
| Defendant. | |

## ORDER GRANTING BELATED MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS OF DEFENDANT

The Court having reviewed the motion for extension of time for service of process of the defendant filed by the plaintiffs', Nicholas Charles, Jakobe Wells, Kimo Taitano, and Makalon Antoine, each individually and on behalf of all others similarly situated, and the grounds therefore, finds the motion is well taken and grants the motion.

It is ORDERED that the deadline to serve White Knight Pest Control, Inc. is extended for forty-five-days, up to and including August 20, 2023.

It is so ORDERED.

SIGNED on July 13, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge