IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**NICHOLAS CHARLES, JAKOBE WELLS,**              **PLAINTIFFS**
**KIMO TAITANO and MAKALON ANTOINE,**
**Each Individually and on Behalf of All Others**
**Similarly Situated**


vs.                             No. 4:23-cv-640


**WHITE KNIGHT PEST CONTROL, INC.**              **DEFENDANT**

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

I was employed as a piece-rate Technician for White Knight Pest Control, Inc., within the past three years. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.


*Shawna Johnson*
**SHAWNA JOHNSON**
August 2, 2023


**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Parkway, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**