AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| NICHOLAS CHARLES, JAKOBE WELLS, KIMO TAITANO and MAKALON ANTOINE, Each Individually and on Behalf of All Others Similarly Situated *Plaintiff(s)* | ) ) ) ) ) ) ) |
| v. | ) Civil Action No. 4:23-cv-640 |
| WHITE KNIGHT PEST CONTROL, INC. *Defendant(s)* | ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WHITE KNIGHT PEST CONTROL, INC.
c/o Szucceed Ly
2105 Flint Rock Loop
Driftwood, Texas 78619

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Josh Sanford
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
501-221-0088; josh@sanfordlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Nathan Ochsner, Clerk of Court*

Date: February 23, 2023

*s/ Rhonda Moore-Konieczny*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    4:23-CV-640

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   White Knight Pest Control, Inc c/o Szucceed Ly
was recieved by me on  8/16/2023:

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Szuceed Ly**, who is designated by law to accept service of process on behalf of **White Knight Pest Control, Inc c/o Szucceed Ly** at **2105 Flint Rock Loop, Driftwood, TX 78619** on **08/21/2023 at 8:00 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 124.00** for services, for a total of **$ 124.00**.

I declare under penalty of perjury that this information is true.

Date:   08/21/2023

*Server's signature*

**Peter Dowdle**
*Printed name and title*

**7605 Bender Drive**
**Austin, TX 78749**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Szuceed Ly who identified themselves as the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian male contact 35-45 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**




Tracking #: **0112599038**