AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Charles, Jakobe Wells, Kimo Taitano and Makalon A ) *Plaintiff* ) | |
| v. ) | Case No. 4:23-cv-00640 |
| White Knight Pest Control, Inc ) *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Nicholas Charles, Jakobe Wells, Kimo Taitano and Makalon Antoine.

Date: 10/05/2023

/s/ Katherine Serrano
*Attorney's signature*

Katherine Serrano, 24110764
*Printed name and bar number*
400 North Saint Paul Street, Suite 700
Dallas, TX 75201

*Address*

kserrano@foresterhaynie.com
*E-mail address*

(214) 210-2100
*Telephone number*

(469) 399-1070
*FAX number*