AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Nicholas Charles, Jakobe Wells, Kimo Taitano and Makalon A )<br>*Plaintiff* )<br>v. )<br>White Knight Pest Control, Inc )<br>*Defendant* ) | Case No. 4:23-cv-00640 |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Nicholas Charles, Jakobe Wells, Kimo Taitano and Makalon Antoine.

Date:     10/05/2023

/s/ Colby Qualls
*Attorney's signature*

Colby Qualls, AR Bar No. 2019246
*Printed name and bar number*
400 North Saint Paul Street, Suite 700
Dallas, TX 75201

*Address*

cqualls@foresterhaynie.com
*E-mail address*

(214) 210-2100
*Telephone number*

(469) 399-1070
*FAX number*