IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**NICHOLAS CHARLES, JAKOBE WELLS,**                 **PLAINTIFFS**
**KIMO TAITANO and MAKALON ANTOINE,**
Each Individually and on Behalf of All Others
Similarly Situated

vs.                      No. 4:23-cv-640

**WHITE KNIGHT PEST CONTROL, INC.**                 **DEFENDANT**

## MOTION TO WITHDRAW—ATTORNEY JOSH SANFORD

Attorney Josh Sanford, an attorney of record for Plaintiff, for his Motion to Withdraw as counsel for all Plaintiff, states as follows:

1. Colby Qualls and Katherine Serrano have made appearances in this matter.

2. Given Plaintiff's representation by Mr. Qualls and Ms. Serrano of Forester Haynie, PLLC, Josh Sanford of Sanford Law Firm, PLLC, moves to withdraw as counsel for Plaintiff.

3. Colby Qualls and Katherine Serrano and any other attorneys of Forester Haynie, PLLC, who have entered an appearance herein will remain counsel for Plaintiff.

4. This request is not being sought for the purpose of delay and will not prejudice either party.

WHEREFORE, premises considered, the undersigned respectfully requests that the Court order Josh Sanford withdrawn and terminated as counsel for Plaintiff.

Respectfully submitted,

**ATTORNEY JOSH SANFORD**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com