United States District Court
Southern District of Texas
**ENTERED**
August 29, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NICHOLAS CHARLES, *et al.*, § § Plaintiffs, § § VS. § § WHITE KNIGHT PEST CONTROL, INC., § § Defendant. § | CIVIL ACTION NO. 4:23-CV-00640 |

### **ORDER**

On this day, the Court considered the plaintiffs' unopposed motion for leave to file an amended complaint. (Dkt. No. 15). After having reviewed the motion, and good cause having been shown, the Court determines that the plaintiffs' motion should be GRANTED. *See* Fed. R. Civ. P. 15(a)(2) ("The court should freely give leave when justice so requires."). Accordingly, it is, therefore,

**ORDERED** that the plaintiffs' unopposed motion for leave to file an amended complaint is **GRANTED**.

It is FURTHER **ORDERED** that the clerk is directed to file the plaintiffs' First Amended Complaint, attached as Exhibit "A" to their motion for leave, as of the date of this Order.

It is so **ORDERED**.

SIGNED on August 29, 2024, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge