## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **SHAWNA JOHNSON,** individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>   **v.**<br><br>**WHITE KNIGHT PEST CONTROL, INC.,**<br><br>             Defendant. | Case No. 4:23-cv-00640 |

## NOTICE OF FILING ADDITIONAL CONSENT

Plaintiff hereby files the following Notice of Filing Additional Consent in connection with the above-entitled and numbered action, and in support attaches **Exhibit A – Consent Form**, which contains consents for the following opt-in Plaintiff:

1.  Raheem Wilson

Respectfully submitted,

*/s/ Katherine Serrano*
Katherine Serrano
TX Bar No. 24110764
**FORESTER HAYNIE PLLC**
400 N. St. Paul St., Ste. 700
Dallas, TX 75201
Telephone: (214) 210-2100
Facsimile: (469) 399-1070
kserrano@foresterhaynie.com

**COUNSEL FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing document was filed using the Court's Electronic Case Filing System and will be served upon all counsel of record using the same.

*/s/ Katherine Serrano*
Katherine Serrano
