IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **SHAWNA JOHNSON,** individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**WHITE KNIGHT PEST CONTROL, INC.,**<br><br>Defendant. | Case No. 4:23-cv-00640 |

## NOTICE OF WITHDRAWAL OF KATHERINE SERRANO

PLEASE TAKE NOTICE that, the undersigned hereby notifies the Court and counsel that Katherine Serrano will no longer be affiliated with the law firm of Forester Haynie PLLC effective November 22, 2024, and is withdrawing her representation of Plaintiff in this matter. Attorney Colby Qualls of Forester Haynie PLLC, will remain as counsel of record for Plaintiff.

Respectfully submitted,

*/s/ Katherine Serrano*
Katherine Serrano
TX. Bar No. 24110764
**FORESTER HAYNIE PLLC**
400 N. St. Paul Street Suite 700
Dallas, Texas 75201
(214) 210-2100 phone
(469) 399-1070 fax
kserrano@foresterhaynie.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served on all parties and counsel of record via the Court's Electronic Filing System.

*/s/ Katherine Serrano*
Katherine Serrano
