IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **SHAWNA JOHNSON,** individually and on behalf of similarly situated persons,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**WHITE KNIGHT PEST CONTROL, INC.,**<br><br>　　　　Defendants. | Case No. 4:23-cv-00640 |

## NOTICE OF APPEARANCE

　　PLEASE TAKE NOTICE that Matthew McCarley of the law firm Forester Haynie PLLC, 400 North Saint Paul Street, Suite 700, Dallas, Texas 75201, hereby enters his appearance as counsel for Plaintiff Shawna Johnson, individually and on behalf of similarly situated persons, in connection with the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Matthew McCarley*
　　　　　　　　　　　　　　　　　　　　Matthew McCarley
　　　　　　　　　　　　　　　　　　　　TX. Bar No. 24041426
　　　　　　　　　　　　　　　　　　　　FORESTER HAYNIE PLLC
　　　　　　　　　　　　　　　　　　　　400 N. St. Paul Street Suite 700
　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　(214) 210-2100 phone
　　　　　　　　　　　　　　　　　　　　(469) 399-1070 fax
　　　　　　　　　　　　　　　　　　　　mccarley@foresterhaynie.com

　　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all parties and counsel of record via the Court's Electronic Filing System.

*/s/ Matthew McCarley*
Matthew McCarley
